Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen, APC
465 California Street, Suite 410
San Francisco, CA 94104
Telephone: (415) 398-1788
Facsimile:  (408) 398-1786
Email: jfok@jclawoffice.com

Attorney for Petitioner Alice Shen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALICE SHEN**<br><br>Petitioner,<br><br>v.<br><br>**DAVID N. STILL,** San Francisco District Director of United States Citizenship and Immigration Services,<br><br>Respondent. | Case No. CV11 1399 JCS<br><br>[~~PROPOSED~~] JOINT ORDER FOR AMENDMENT OF NATURALIZATION CERTIFICATE<br><br>**Immigration Case (Naturalization)** |

   Based on the Respondent's non-opposition to Petitioner Alice Shen's petition to amend her naturalization certificate, the parties submit the following Proposed Joint Order for Amendment of Naturalization Certificate.

///

///

///

Respectfully Submitted,

Dated: July 8, 2011                          ____/s/ Justin G. Fok_____
                                             Justin G. Fok
                                             Law Offices of Jean D. Chen
                                             Attorney for Petitioner

Dated: July 8, 2011

TONY WEST
Assistant Attorney General
Civil Division

DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section

J. MAX WEINTRAUB
Senior Litigation Counsel

/s/ Hans H. Chen_____
HANS H. CHEN
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Telephone: (202) 307-4469
Facsimile: (202) 305-7000
Email: hans.h.chen@usdoj.gov

Attorneys for Respondent

Case No. CV11 1399 JCS         2
[Proposed] Joint Order for Amendment of Naturalization Certificate

1 **[PROPOSED] ORDER**

Based on the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Petitioner Alice Shen's petition to amend her naturalization certificate be GRANTED to reflect her true birth date of October 8, 1945.
2. Respondent shall promptly issue an amended Certificate of Naturalization to Ms. Shen that identifies her date of birth as October 8, 1945.

**IT IS SO ORDERED**.

DATED: 07/19/11



_____
The Honorable Joseph C. Spero
United States Magistrate Judge